# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV221

| | |
|---|---|
| JAYNE CODY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | <u>J U D G M E N T</u> |
| ) | |
| JO ANNE B. BARNHART, ) | |
| **Commissioner of Social Security** ) | |
| **Administration,** ) | |
| ) | |
| Defendant. ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **DENIED;** the Defendant's motion for summary judgment is **ALLOWED**; the decision of the Commissioner denying social security benefits to the Plaintiff is **AFFIRMED**; and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

2

Signed: April 12, 2007

Lacy H. Thornburg
United States District Judge